NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**R+L CARRIERS, INC.,**
*Plaintiff-Appellant*

**v.**

**MICRODEA, INC., PEOPLENET COMMUNICATIONS CORPORATION, DRIVERTECH LLC, INTERMEC TECHNOLOGIES CORP.,**
*Defendants-Appellees*

-------------------------------------------------------------------------------

**PEOPLENET COMMUNICATIONS CORPORATION,**
*Plaintiff-Appellee*

**v.**

**R+L CARRIERS, INC.,**
*Defendant-Appellant*

-------------------------------------------------------------------------------

**DRIVERTECH LLC,**
*Plaintiff-Appellee*

**v.**

**R+L CARRIERS, INC.,**
*Defendant-Appellant*

--------------------------------------------------------------------------------

**R+L CARRIERS, INC.,**
*Plaintiff-Appellant*

**v.**

**INTERMEC TECHNOLOGIES CORP.,**
*Defendant-Appellee*

—————————————

2016-2688, 2016-2689, 2016-2690, 2016-2692

—————————————

Appeals from the United States District Court for the Southern District of Ohio in Nos. 1:09-cv-00179-SSB, 1:09-cv-00472-SSB, 1:09-cv-00502-SSB, 1:09-cv-00532-SSB, 1:09-md-02050-SSB-SKB, Senior Judge Sandra S. Beckwith.

—————————————

**JUDGMENT**

—————————————

ANTHONY C. WHITE, Thompson Hine LLP, Columbus, OH, argued for appellant. Also represented by PHILIP B SINENENG; STEPHEN BUTLER, SR., Cincinnati, OH; ARTHUR P. LICYGIEWICZ, Cleveland, OH.

JONATHAN S. FRANKLIN, Norton Rose Fulbright US LLP, Washington, DC, argued for all appellees. Appellees Microdea, Inc., Peoplenet Communications Corporation also represented by JAMES GEORGE WARRINER, Austin, TX; RICHARD STEPHEN ZEMBEK, Houston, TX.

SCOTT M. PETERSON, Fabian VanCott, Salt Lake City, UT, for appellee Drivertech LLC. Also represented by PHILIP DANIEL DRACHT.

CARSON P. VEACH, Freeborn & Peters, LLP, Chicago, IL, for appellee Intermec Technologies Corp.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 11, 2017 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |